Karin Dryhurst (*pro hac vice* motion forthcoming)
Jocelyn Berteaud (*pro hac vice* motion forthcoming)
Sonika Data (*pro hac vice* motion forthcoming)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (phone)
(202) 663-6363 (fax)
karin.dryhurst@wilmerhale.com
joss.berteaud@wilmerhale.com
sonika.data@wilmerhale.com

Alan Schoenfeld
New Jersey Bar No. 285532018
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendant*
*Navy Federal Credit Union*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOEY M. LOPEZ,

          Plaintiff,

v.

NAVY FEDERAL CREDIT UNION,

          Defendant.

No. 1:23-cv-04500

**State Court Docket**:
Superior Court of New Jersey,
Law Division, ESSEX County
Case No. ESX-L-004525-23
Complaint Filed:    July 17, 2023

## <u>NOTICE OF REMOVAL</u>

**TO THE CLERK OF THE ABOVE-TITLED COURT:**

PLEASE TAKE NOTICE THAT, for the reasons stated below, Defendant Navy Federal Credit Union ("Navy Federal"), headquartered in Vienna, Virginia, hereby removes the above-captioned action filed by Plaintiff Joey M. Lopez from the Superior Court of New Jersey Law Division, Essex County, to the United States District Court for the District of New Jersey.   As grounds for removal, Navy Federal states as follows:

1.      On or about July 17, 2023, the Plaintiff Joey M. Lopez ("Plaintiff") filed this action against Navy Federal entitled *Lopez v. Navy Federal Credit Union*, Civil Action No. ESX-L-004525-23, in the Superior Court of New Jersey, Law Division: Essex County.   Plaintiff previously filed a nearly identical complaint in the United States District Court for the District of New Jersey on April 4, 2023, which he voluntarily dismissed on May 25, 2023.   *See Lopez v. Navy Federal Credit Union*, No. 1:23-cv-01890-CPO-SAK (D.N.J.).

2.      A copy of the Complaint and all process, pleadings, and orders served upon Navy Federal in this action are attached as Exhibit A.

3.      In the Complaint, Plaintiff alleges that he "applied for credit with Defendant to purchase a private seller's 2019 Honda Civic automobile" and was subsequently approved for the secured loan but Defendant "denied or withdrew its

1

approval of credit for the loan to Plaintiff reflected by the Note," Compl. ¶¶ 5-6, 9, and Plaintiff never received an adverse action letter from Navy Federal, *id.* ¶ 12. The Complaint asserts, on behalf of a putative class in New Jersey, a single claim for violation of the Equal Credit Opportunity Act, 28 U.S.C. § 1691, *et seq.* ("ECOA").

4.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), because it is filed within thirty days from July 19, 2023, the date upon which Navy Federal received the Complaint and Summons.   No previous notice of removal has been filed or made to this Court for the relief sought herein.

5.      The action is removable to this Court because the Superior Court of New Jersey Law Division, Essex County, is located within the District of New Jersey.   *See* 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court … may be removed … to the district court of the United States for the district and division embracing the place where such action is pending.").

6.      A defendant may remove an action from state court if the federal district court has original jurisdiction over the action.   28 U.S.C. § 1441(a).

7.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claim arises under the laws of the United States. The Complaint alleges that Navy Federal violated Plaintiff's rights under ECOA.

2

8.      Promptly upon the filing of this Notice of Removal, a true copy of this Notice of Removal will be provided to all adverse parties pursuant to 28 U.S.C. § 1446(d).   Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure, Navy Federal will file with this Court a Certificate of Service of notice to the adverse party of removal to federal court.

9.      Upon the filing of this Notice of Removal, Navy Federal will promptly file a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of New Jersey Law Division, Union County, in accordance with 28 U.S.C. § 1446(d).

10.      By filing this Notice of Removal, Navy Federal does not waive any defenses that may be available to it (including without limitation any defenses relating to service, process, and jurisdiction) and does not concede that the allegations in the Complaint state a valid claim under any applicable law.

11.      Navy Federal reserves the right to submit at an appropriate time factual support, evidence, and affidavits to support the basis for federal jurisdiction, should that become necessary.

WHEREFORE, for the reasons stated above, Navy Federal submits this Notice of Removal filed in this Court on August 14, 2023.

Dated:  New York, New York
        August 14, 2023

3

/s/ Alan Schoenfeld

Alan Schoenfeld
New Jersey Bar No. 285532018
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com

Karin Dryhurst*
Jocelyn Berteaud*
Sonika Data*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (phone)
(202) 663-6363 (fax)
karin.dryhurst@wilmerhale.com
joss.berteaud@wilmerhale.com
sonika.data@wilmerhale.com

*Attorneys for Defendant*
*Navy Federal Credit Union*

*\*Motions for Admission pro hac vice*
*forthcoming*

4